**Exhibit A**

| Yevmiye No | : A/ 244168 | | Tarih | : 29.11.2012 |
|---|---|---|---|---|
| İşlem Adedi/Yaprak | : 2 / 3 | | Suret/Dayanak | : 0 / 0 |
| Yazı Sayfa | : 0 / 0 | | Ver.Tabi Değer1 | : |
| Karşılaştırma | : 4 / 0 | | Ver.Tabi Değer2 | : |
| İmza Adedi | : 1 | | Ek Karşılaştırma | 0 |
| Tercüme için Sayfa Adedi | : 1,00 | | | |
| TAHSİLAT NEV'İ | ASIL (TL) | SURET(TL) | | TOPLAM (TL) |
| Harç | 10,20 | | | 10,20 |
| Damga | | | | |
| Değerli Kağıt | 37,50 | | | 37,50 |
| Noter Ücreti | 3,06 | | | 3,06 |
| Yazı Ücreti | | | | |
| Karşılaştırma | 12,76 | | | 12,76 |
| Çevirme | 26,66 | | | 26,66 |
| | | | KDV : | 7,65 |
| | | | TOPLAM : | 97,83 |



**NOTERLİK MAKBUZU**

Noterlik Kaşesi
GEBZE 6. NOTERLİĞİ
Tel: 0-262-642 75 81
TCKimlikNo :64960188574

Seri : DU
Sıra No. : 763853

İlgilinin
Adı ve Soyadı (Unvanı)   BAYRAM ŞAHİN
Noterlik Yevmiye No.   A/ 244168   KOD:42.1  Beyanname (ONY)
T.C. Kimlik No.

| TAHSİLAT NEV'İ | Asıl için TL | Örnek için TL | TOPLAM TL |
|---|---|---|---|
| HARÇ | 10,20 | | 10,20 |
| DAMGA VERGİSİ | | | |
| DEĞ. KAĞIT BEDELİ | 37,50 | | 37,50 |
| PTT GİDERLERİ | | | |
| SAİR TAHSİLAT | 42,48 | | 42,48 |
| TOPLAM | 90,18 | | 90,18 |
| KDV | 7,65 | | 7,65 |
| GENEL TOPLAM | (1 Adet Yevmiye için) | | 97,83 |

Yalnız   Doksanyedi Türk Lirası seksenüç Kuruş

Noterliğimizee alınmıştır.
29.11.2012
Mühür - İmza

Mükellefe Verilir

Örnek No.: 7918-a   D.M.O. Basım İşl. Md. - 2012

| Yevmiye No | : A/ 244168 | | | |
|---|---|---|---|---|
| İşlem Adedi/Yaprak | 2 / 3 | Tarih | : | 29.11.2012 |
| Yazı Sayfa | 0 / 0 | Suret/Dayanak | : | 0 / 0 |
| Karşılaştırma | 4 / 0 | Ver.Tabi Değer1 | : | |
| İmza Adedi | 1 | Ver.Tabi Değer2 | : | |
| Tercüme için Sayfa Adedi | : 1,00 | Ek Karşılaştırma | | 0 |
| **TAHSİLAT NEV'İ** | **ASIL (TL)** | **SURET(TL)** | | **TOPLAM (TL)** |
| Harç | 10,20 | | | 10,20 |
| Damga | | | | |
| Değerli Kağıt | 37,50 | | | 37,50 |
| Noter Ücreti | 3,06 | | | 3,06 |
| Yazı Ücreti | | | | |
| Karşılaştırma | 12,76 | | | 12,76 |
| Çevirme | 26,66 | | | 26,66 |
| | | KDV: | | 7,65 |
| | | TOPLAM: | | 97,83 |



NOTERLİK MAKBUZU

Noterlik Kaşesi
GEBZE 6. NOTERLİĞİ
Tel: 0-262-642 75 81
TCKimlikNo :64960188574

Seri : DU
Sıra No. : 763853

İlgilinin
Adı ve Soyadı (Unvanı)   BAYRAM ŞAHİN
Noterlik Yevmiye No.    A/ 244168   KOD:42.1  Beyanname (ONY)
T.C. Kimlik No.

| TAHSİLAT NEV'İ | Asıl için TL | Örnek için TL | TOPLAM TL |
|---|---|---|---|
| HARÇ | 10,20 | | 10,20 |
| DAMGA VERGİSİ | | | |
| DEĞ. KAĞIT BEDELİ | 37,50 | | 37,50 |
| PTT GİDERLERİ | | | |
| SAİR TAHSİLAT | 42,48 | | 42,48 |
| TOPLAM | 90,18 | | 90,18 |
| KDV | 7,65 | | 7,65 |
| GENEL TOPLAM | (1 Adet Yevmiye için) | | 97,83 |

Yalnız   Doksanyedi Türk Lirası seksenüç Kuruş

Noterliğimizee alınmıştır.
29.11.2012
Mühür - İmza

Mükellefe Verilir

Örnek No. : 7918-a     D.M.O. Basım İşl. Md. - 2012

00002

| | | | | |
|---|---|---|---|---|
| Yevmiye No | : A/ 244168 | | Tarih | : 29.11.2012 |
| İşlem Adedi/Yaprak | : 2 / 3 | | Suret/Dayanak | : 0 / 0 |
| Yazı Sayfa | : 0 / 0 | | Ver.Tabi Değer1 | : |
| Karşılaştırma | : 4 / 0 | | Ver.Tabi Değer2 | : |
| İmza Adedi | : 1 | | Ek Karşılaştırma | : 0 |
| Tercüme İçin Sayfa Adedi | : 1,00 | | | |

| TAHSİLAT NEV'İ | ASIL (TL) | SURET(TL) | TOPLAM (TL) |
|---|---|---|---|
| Harç | 10,20 | | 10,20 |
| Damga | | | |
| Değerli Kağıt | 37,50 | | 37,50 |
| Noter Ücreti | 3,06 | | 3,06 |
| Yazı Ücreti | | | |
| Karşılaştırma | 12,76 | | 12,76 |
| Çevirme | 26,66 | | 26,66 |
| | | KDV : | 7,65 |
| | | TOPLAM : | 97,83 |

---

**NOTERLİK MAKBUZU**

Seri : DU
Sıra No. : **763853**

Noterlik Kaşesi
GEBZE 6.NOTERLİĞİ
Tel: 0-262-642 75 81
TCKimlikNo :64960188574

İlgilinin
Adı ve Soyadı (Ünvanı)  BAYRAM ŞAHİN
Noterlik Yevmiye No.    A/ 244168   KOD:42.1  Beyanname (ONY)
T.C. Kimlik No.

| TAHSİLAT NEV'İ | Asıl için TL | Örnek için TL | TOPLAM TL |
|---|---|---|---|
| HARÇ | 10,20 | | 10,20 |
| DAMGA VERGİSİ | | | |
| DEĞ. KAĞIT BEDELİ | 37,50 | | 37,50 |
| PTT GİDERLERİ | | | |
| SAİR TAHSİLAT | 42,48 | | 42,48 |
| TOPLAM | 90,18 | | 90,18 |
| KDV | 7,65 | | 7,65 |
| GENEL TOPLAM | | | 97,83 |

Yalnız  Doksanyedi Türk Lirası seksenüç Kuruş  (1 Adet Yevmiye )   Noterliğimizce alınmıştır.

29.11.2012
Mühür - İmza

Mükellefe Verilir

Örnek No. : 7918-a        D.M.O. Basım İşl. Md. - 2012

00003

Bayram Sahin
11/12/12
Affidavit

To Whom It May Concern,

I, Bayram Sahin would like to explain in this affidavit about what had happened in the first hearing of my case. When we had been arrested and the first time we had come up in front of a judge since we did not know English well they provided us with an interpreter but no lawyer because they did not specify that this was a serious crime on our part and that we would get punished for it seriously. We explained what had happened to the interpreter so he would be able to explain to the judge. What we had told the interpreter was not what the interpreter had told the judge.

Basically the interpreter told them something that had nothing to do with what we had said. He had told them the wrong thing. Then the interpreter had told us that the judge had told him our sentence was only going to be a month of jail time then we were free to go and it was over and did not let us hire an attorney. At that time we even asked the interpreter to ask the judge what our offence would be and he told us that it was as little as a crack in a window meaning very little. The interpreter had told us that there was no need for an attorney and all we had to do is serve our one month time and we were free to go. The interpreter had told us something different and told the judge something else. He did not interpret correctly for us.

They both did not notify us of what the real consequences would be. For instance the judge did not tell us that if we plead guilty that we could be deported from the country and lose our green card privileges. After we had served our month time in jail we went back to our home and continued our lives from where we left off but we didn't know that this would come back to haunt us again. I believe that all of this could have been avoided if they had told us the truth and had notified us that our residency would be at stake here by pleading guilty to the accusations that had been bestowed upon us. Not knowing what the consequences would be by pleading guilty to these accusations we did it thinking that after we do serve this one month jail time, it would all be over with. This was what the judge had told us according to the interpretation of the interpreter.

This is what had happened for all of this to end up like this. We could have handle this ten years ago and my family wouldn't have to go through all of the pain and misery they are going through right now. If only they had told us what would happen if we had pleaded guilty.

Sincerely,

Bayram Sahin

Gebze 6. Noteri
MEHMET ALİ GÜNDOĞAN



00004

**İZ TERCÜME**

244168

T.C.
Gebze 6. Noterliği
Mehmet Ali GÜNDOĞAN
M. Halil Mh. Atatürk Cd. Belde İşhanı No 6/3
Tel 0.262 642-75 81 GEBZE

Bayram Şahin
12/11/2012
Yeminli yazılı ifade

İlgili Makama,

29 Kasım 2012

Ben, Bayram Şahin bu yeminli yazılı ifademde davamın ilk duruşmasında ne olduğunu açıklamak istiyorum. Tutuklandığımızda ve ilk kez hakim karşısına çıkarıldığımızda, İngilizceyi iyi bilmediğimiz için bize bir tercüman verdiler fakat avukat vermediler çünkü bunun bizim adımıza ciddi bir suç olduğunu ve bu yüzden ciddi bir biçimde cezalandırılabileceğimizi bize açıkça belirtmediler. Ne olduğunu hakime açıklayabilmesi için tercümana açıkladık. Bizim tercümana anlattığımız, tercümanın hakime anlattığı şey değildi.

Esas itibariyle tercüman onlara bizim söylediklerimizle hiç ilgisi olmayan bir şey söyledi. Onlara yanlış şey söyledi. Tercüman daha sonra bize hakimin bize verilecek cezanın sadece bir ay hapis olacağını ve daha sonra serbestçe gidebileceğimizi ve bize avukat tutma izni vermediğini söyledi. Hatta orada tercümandan hakime suçumuzun ne olduğunu sormasını istedik ve o da bize çok az anlamında, bir penceredeki çatlak kadar küçük olduğunu söyledi. Tercüman bize avukat tutmaya gerek olmadığını, yapmamız gereken tek şeyin bir aylık hapis cezamızı çekmek olduğunu sonrasında serbestçe gidebileceğimizi söyledi. Tercüman bize başka bir şey, hakime ise başka bir şey söyledi. Bizim için doğru tercüme yapmadı.

Her ikisi de bize gerçek sonuçların neler olacağını bildirmediler. Örneğin hakim bize suçumuzu kabul edersek ülkeden sınırdışı edileceğimizi ve yeşil kart ayrıcalıklarımızı kaybedeceğimizi söylemedi. Hapiste bir aylık cezamızı çektikten sonra evimize geri döndük ve yaşamımıza kaldığımız yerden devam ettik fakat yeniden bizim karşımıza çıkacaklarını bilmiyorduk. İnanıyorum ki bize gerçeği söylemiş olsalardı ve bize yapılan suçlamalar karşısında suçu kabul etmekle ikâmet iznimizin tehlikeye düşeceğini bildirmiş olsalardı bunların hepsinin önüne geçilebilirdi. Müeyyideleri bilmemek yüzünden bu suçlamalar karşısında suçu kabullenirken bir aylık hapis cezasını çektikten sonra bununla herşeyin sona ereceğini düşündük. Tercümanın yaptığı tercümeye göre hakimin söylediği şey buydu.

Sonuçta her şeyin bu şekilde sonuçlanmasında olanlar budur. Bunu on yıl önce çözümleyebilirdik ve suçu kabul etmekle neler olacağını bize söylemiş olsalardı ailem şu anda çekmekte oldukları acıları ve sefaleti çekmezdi.

Saygılarımla,

Bayram Şahin

İşbu belge İngilizce metinden Türkçe lisanına tarafımdan tercüme edilmiştir.
Yeminli Tercüman

00005

T.C. GEBZE 6.NOTERİ
MEHMET ALİ GÜNDOĞAN
H.HALİL MAH.ATATÜRK CAD.BELDE İŞH. KAT: 1 N0.16
D.3 - 4 GEBZE KOCAELİ
262-642 75 81

Türkiye Cumhuriyeti

244168

Y.NO.:(A).............................................

29 Kasım 2012

Haricen yazılıp Yeminli Tercümanımız tarafından İngilizce'den Türkçeye çevirisi yapılan altı imzalı ingilizce-türkçe metnin altındaki imzanın gösterdiği, Vaşington Büyükelçiliği Nüfus Müdürlüğü'nden verilmiş 29.3.2011 tarih, 137 kayıt, O11 seri ve 876943 numaralı fotoğraflı Nüfus Cüzdanına göre Giresun ili Yağlıdere ilçesi ORUÇBEY mahallesi / köyü 20 cilt, 15 aile sıra, 30 sıra numaralarında nüfusa kayıtlı olup, baba adı VAHİT, ana adı EMRİYE, doğum tarihi 4.1.1972, doğum yeri ORUÇBEY olan ve halen BEŞDEĞİRMEN MERKEZ MEVKII YUKARI SK. 34 MERKEZ SÖĞÜTLÜ/SAKARYA/TÜRKİYE adresinde oturduğunu, okur yazar olduğunu söyleyen, 33793549586 T.C. kimlik numaralı **BAYRAM ŞAHİN** adlı kişiye ait olduğunu ve dairede huzurumda imzalandığını onaylarım. İkibinoniki yılı Kasım ayının yirmidokuzuncu günü 29.11.2012

GEBZE 6.NOTERİ
MEHMET ALİ GÜNDOĞAN



KDV, Harç, Damga Vergisi ve Değerli Kağıt bedeli makbuz karşılığı tahsil edilmiştir.



A-2/1