**Exhibit C**

Produced 08/30/2012 from USCIS EDMS; A File No. 046134854 Document 0004 of 0034
Page 1     of 2

U.S. Department of Justice
Immigration and Naturalization Service

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Complexion |
|---|---|---|---|---|---|---|---|
| SAHIN, Bayram | | | | M | Blk | Brn | Medium |

| Country of Citizenship | Passport Number and Country of Issue | File Number | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| Turkey | 244235 Turkey | A46 134 854 | | 66 | 170 | Pizza Delivery |

U.S. Address

▮▮▮▮▮▮▮▮▮, B4, West Haven, Connecticut 06516

Scars or Marks

Mole on each side of nose

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded At |
|---|---|
| 7/29/97, NYC, 1530, AIR, IMMIGRANT | |

| F.B.I. No. | ☐ Single |
|---|---|
| None | ☐ Divorced  ☒ Married |
| | ☐ Widower   ☐ Separated |

Number, Street, City, Province(State)and Country of Permanent Residence

Giresun, Yaglidede, Orugbeykoyu, Turkey

Method of Location/Apprehension

BP/Border

| Date of Birth | Date of Action | Location Code |
|---|---|---|
| ▮▮▮/72   (27) | 10/13/99 | SWB/BKB |

| At/Near | Date/Hour |
|---|---|
| MLE, N.Y. | 10/13/99 1400 |

| City, Province(State) and Country of Birth | AR | Form(Type & No.) | ☐ Lifted |
|---|---|---|---|
| Giresun, Turkey | ☐ | I-551 | ☒ Not Lifted |

By
(b)(7)(c)

| NIV Issuing Post and NIV Number | Social Security Account Name |
|---|---|
| None | UNDER DOCKET CONTROL |

| Status at Entry | Status When Found |
|---|---|
| Immigrant | In Travel |

| Date Visa Issued | Social Security No. |
|---|---|
| None | ▮▮▮▮-6023 |

Length of Time Illegally in U.S.
N/A

| Immigration Record | Criminal Record |
|---|---|
| C/N  SWB-Negative | C/N  SWB-Negative |

| Name, Address and Nationality of Spouse(Maiden Name if appropriate) | Number & Nationality of minor Children |
|---|---|
| Esma SAHIN, Same U.S. Address, Turkey | 2, (1-U.S.C; 1-Turkey) |

| Father's Name, and Nationality and Address, if Known | Mother's Present and Maiden Names, Nationality, and address if Known |
|---|---|
| Vahit SAHIN, Turkey, SFA | Emriye SAHIN, Turkey, SFA |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted | INS Systems Checks | Charge Code Word(s) |
|---|---|---|---|
| None | ☒ Yes  ☐ No | (b)(7)(e) | RIE |

| Name and Address of (last) (Current) U.S. Employer | Type of Employment | Salary | From: | To: |
|---|---|---|---|---|
| Pizza Haven, New Haven, CT | Delivery man | $4.60 hr. | 1/1998 | to present |

Narrative (Outline particulars under which alien located/apprehended. Include details, not shown above, re: time, place, manner of last entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior)

Subject, a citizen and national of Turkey, was encountered in Malone, New York on 10/13/99. At the time of encounter it was determined that subject was removable from the United States under INA Sec. 237(a)(1)(E)(i) as an alien smuggler, in that prior to the date of your admission, or within five years of the date of your admission, you knowingly encouraged, induced, assisted, abetted, or aided any other alien to enter or to try to enter the United States in violation of law.

Subject Bayram SAHIN was the driver of a vehicle, a blue 1999 Ford Windstar van, Connecticut Registration 850NLV, which was found to contain Yusuf CARMAK, a citizen and national of Turkey. CARMAK, had no immigration documents allowing him to be or remain in the United States legally. Bayram SAHIN was also accompanied by his brother Osman SAHIN. Bayram and Osman are both citizens and nationals of Turkey and Resident Aliens in the United States.

On 10/13/99, information was received via Supervisory U.S. Customs Officer ▮▮▮▮▮ that the above mentioned brothers Bayram and Osman SAHIN were in the Fort Covington area at the Leroux Quick Stop acting suspicious. Paye stated that the brothers appeared nervous when they saw him. The two were questioned by Paye and produced immigration documents, stating that they were in the area to visit the Casino in Hogansburg, New York. Paye ran a records

(b)(7)(c)

CONTINUED ON FORM I-831 ATTACHED

Alien has been advised of communication privileges. 10/13/99 pat (Date/Initials)   (b)(7)(c)   00-BKB-020

| DISTRIBUTION | | | |
|---|---|---|---|
| ORIG: | AFILE | | |
| COPY: | CPA/SWB | **CRIMINAL HISTORY** | |
| COPY: | INTELL | | |

(Signature and Title of INS Official)
(b)(7)(c)

| Received (Subject and Documents) (Bureau of Interview) | |
|---|---|
| Officer | (b)(7)(c) |
| on: October 13 , 19 99 , at 1900 (time) | |

Disposition: NTA/OR PER AUTH ACPA HENRY

Produced 08/30/201 **SMUGGLER** S; Alien File No. 046134854 Document 0004 of 0034,

Page 1     of 2

(b)(7)(c)

6

Produced 08/30/2012 from USCIS' EDMS; Alien File No. 046134854 Document 0004 of 0034

U.S. Department of Justice
Immigration and Naturalization Service

Page 2    of 2

Continuation page for Form    I-213

| Alien's Name (b)(7)(c) | File Number | Date |
|---|---|---|
| SAHIN, Bayram | A46 134 854 | 10/13/99 |

check on the two subjects later and found that Osman SAHIN was in the TECS System for suspected narcotics. ☐ relayed the above information to Border Patrol Agents in the Burke Station. ☐ believed that the two were possibly in the area for narcotics business.

A search of the area revealed the above stated vehicle, a rental, from the Connecticut area traveling southbound on Route 30, from the Malone, New York area by Agent ☐ stated that the vehicle now contained three subjects. A vehicle stop was initiated ☐ and was picked up by the two above

mentioned brothers. Subject CAKMAK was placed under arrest for illegal entry into the United States and subjects Bayram and Osman SAHIN were placed under arrest for alien smuggling. Bayram and Osman SAHIN were advised of their Miranda rights by Agent ☐ in the field and all subjects were transported to the Burke Border Patrol Station for processing.

The vehicle is being held pending seizure proceedings.

(b)(7)(c)

At the Border Patrol Station, all three subjects were advised of their rights as per I-214 by Agent ☐ utilizing Turkish interpreter Germaine TEK. All subjects stated that they understood their rights and would speak freely without a lawyer being present. Subject CAKMAK stated that he had called the above named subjects Bayram and Osman SAHIN from Canada on 10/12/99. CAKMAK stated that he called a cell phone number 00-12-03-387-2871, belonging to his friends Bayram and Osman, that he had previously known in Turkey. CAKMAK stated his predicaments to them of the turmoil in Turkey and stated that he wished to come to the United States to work so that he could support his family in Turkey. CAKMAK stated that the two agreed to come pick him up. after effecting his illegal entry into the United States, CAKMAK again called the above stated cell phone number and was picked up by his two friends Bayram and Osman SAHIN. The three subjects departed the area, destined to the Connecticut area.

Subjects Bayram and Osman SAHIN admitted to the above scenario and stated that they didn't know it was against the law, and were just helping a friend.

AUSA ☐ was contacted and prosecution was authorized on the three subjects. 8 ☐ for CAKMAK and 8 USC 1324(a)(2)(A) on Bayram and Osman SAHIN. All three subjects were transported to the Franklin County Jail in Malone, New York, pending arraignment before U.S. Magistrate Henry Van Aker in Rouses Point, New York on 10/14/99.

ACPA ☐ was contacted in Swanton, Vermont and authorized NTA/WA, $5,000.00 Bond on CAKMAK and NTA/OR, after prosecution, on Bayram and Osman SAHIN.

MONEY: $559.00 U.S.
BAGGAGE: NONE
EOIR-33, I-214, I-826, I-862 ISSUED

| | (b)(7)(c) | Title Senior Patrol Agent |
|---|---|---|

3

7