**Exhibit D**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
OCT 14 1999
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

.v.

BAYRAM SAHIN and OSMAN SAHIN,

Defendants.

I N F O R M A T I O N

No. 99-CR-
VIO: 8 U.S.C. § 1324(a)(2)(A)
[One Count]

Hon. Henry C. Van Acker
United States Magistrate Judge

COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 13, 1999, in the State and Northern District of New York, BAYRAM SAHIN and OSMAN SAHIN, the defendants herein, did knowingly, willfully, intentionally and unlawfully bring to the United States, YUSUF CAKMAK, an alien, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter or reside in the United States.

In violation of Title 8, United States Code, Section 1324(a)(2)(a) and 18 United States Code, Section 2.

Dated: October 14, 1999

Daniel J. French
United States Attorney

By: *[signature]*

Paul D. Silver
Assistant U.S. Attorney
Bar Roll No. 102610

TOTAL P.02

127

00011