**Exhibit G**

```
 1   UNITED STATES DISTRICT COURT
 2   NORTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - -
 4   UNITED STATES OF AMERICA
 5        -versus-
                                          99-CR-530
 6
                                         (SENTENCING)
 7   BAYRAM SAHIN and OSMAN SAHIN,
 8                  Defendants.
 9   - - - - - - - - - - - - - - - - - - - - - - - -
10            TRANSCRIPT OF PROCEEDINGS held in and for the
11   United States District Court, Northern District of New
12   York, at One Lincoln Boulevard, Rouses Point, NY 12979, on
13   OCTOBER 14, 1999, before the HON. HENRY C. VAN ACKER, JR.,
14   United States District Court Magistrate Judge.
15
16
17   APPEARANCES:
18   GEORGE TURK, Turkish Interpreter
19
20
21
22
23
24
25
```

THERESA J. CASAL, RPR, CRR
UNITED STATES DISTRICT COURT - NDNY

```
 1                    (Court convened at 12:00 PM.)
 2              THE COURT:  These cases are the U.S. versus, and
 3   I'll spell them, B-A-Y-H-A-M, S-A-H-I-N, O-S-M-A-N,
 4   S-A-H-I-N.  It's October 14, 1999, at approximately noon.
 5              Mr. Turk, do you swear to correctly interpret to
 6   the best of your ability?
 7              THE INTERPRETER:  Yes, I do, your Honor.
 8              THE COURT:  Would you tell them that they've been
 9   arrested for violating the law of the United States.
10              THE INTERPRETER:  All right.
11                    (Interpreted.)
12              THE COURT:  I'm a judge for the United States.
13   I'll tell them why they were arrested and what their rights
14   are.  This is a copy of the charges against them in English.
15   And I'll make them another copy in a minute for -- so we
16   have one.  They're accused of -- they're accused of trying
17   to help Mr. Cakmak, the other gentleman who was here, to
18   enter the United States illegally yesterday.
19              They're rights are that they don't have to say
20   anything, and if they do, it can be used against them.  They
21   can hire a lawyer if they want to.  If they want a lawyer
22   and don't have enough money to pay for one, the Court will
23   give them one for free.  They have the right to have a
24   lawyer at all times during their case.  They have the right
25   to the lawyer before they answer questions.  Their case does
```

1  not have to be decided here, it can be decided in a higher
2  court. They have the right to a preliminary hearing before
3  their trial would begin. They have the right to a trial
4  with a jury. If they are found guilty, the maximum they
5  could receive is a year in jail and a fine of $100,000. A
6  lawyer for the Government recommends that if they say
7  they're guilty today, they would receive a jail sentence of
8  30 days.
9       THE INTERPRETER: Same as starting yesterday, your
10 Honor?
11      THE COURT: Yes, 30 days starting yesterday. And
12 they would not have to pay a fine. They don't have to say
13 that they're guilty if they don't want to. They can say
14 that they're not guilty and have a lawyer and a trial. And
15 the case will be postponed so that they have time to get
16 ready. Those are their rights. Do they have any questions?
17      THE INTERPRETER: Your Honor, they're asking if
18 there is a possibility if they're getting the 30 days to
19 have it be near Connecticut where their home state is or
20 where their families are.
21      THE COURT: I would say no because 30 days is not
22 enough time for the system to move them in. It wouldn't
23 work out. If they had a sentence of years, then they could
24 probably end up in Connecticut, but 30 days is just too
25 short to get them down there.

THERESA J. CASAL, RPR, CRR
UNITED STATES DISTRICT COURT - NDNY

```
 1                    (Discussion between the Court and
 2             Marshal Service; inaudible.)
 3          THE COURT:  Yeah, the Marshal Service might move
 4   them within the 30 days, it depends on the U.S. Marshal
 5   Service, but none of us know the answer to that.  All right.
 6   Are they going to say that they're guilty or not guilty?
 7          THE INTERPRETER:  Yes, they will say, your Honor,
 8   that they are guilty.
 9          THE COURT:  All right.  Did you have a chance to
10   go over these consent forms with them?
11          THE INTERPRETER:  Yes, your Honor, I did.  I
12   translated for both parties.
13          THE COURT:  All right.  Would you ask them if they
14   have any questions about the form, please?
15          THE INTERPRETER:  He ask me the question, I'll
16   have to tell you, your Honor, he says can one of us be free
17   and the other one take the sentence?  I said were you
18   together?  And he said yes.
19          THE COURT:  Well, it's a good question, but the
20   answer is no.  So, once again, if they wish to say that
21   they're guilty, I'm going to ask them to sign those forms.
22          THE INTERPRETER:  Yes, your Honor, they will sign
23   the forms.
24          THE COURT:  All right.  There's one for -- sorry,
25   I don't know which gentleman is which, but --
```

THERESA J. CASAL, RPR, CRR
UNITED STATES DISTRICT COURT - NDNY

```
 1              THE INTERPRETER:  This is --
 2              THE COURT:  They have to sign three times each,
 3   where the Xs are.
 4
 5                    (Pause in proceedings.)
                THE COURT:  If they say that they are guilty,
 6   there will not be a trial and there will not be any
 7   witnesses for them or against them.
 8              Did anybody try to force 'em to say that they're
 9   guilty to this?
10              THE INTERPRETER:  No, sir.
11              THE COURT:  Do they understand why they were
12   arrested?
13              THE INTERPRETER:  Yes, your Honor, they say.
14              THE COURT:  Okay.  Is there anything -- do they
15   plead guilty to that?
16              THE INTERPRETER:  Yes, your Honor, they plead
17   guilty.
18              THE COURT:  Okay.  Is there anything else they
19   want to say?
20              THE INTERPRETER:  No, your Honor.
21              THE COURT:  All right.  So, the punishment is the
22   30 days that was mentioned, and it started yesterday, and
23   they'll be released on the 30th day.
24              Okay.  They can have a seat out in the lobby for a
25   few minutes.  Let me take that back and then I'll give them
```

THERESA J. CASAL, RPR, CRR
UNITED STATES DISTRICT COURT - NDNY

```
 1  a full set.
 2
 3                    (Proceeding concluded.)
 4                    - - - - -
 5
 6
 7
 8            C E R T I F I C A T I O N
 9
10       I, THERESA J. CASAL, RPR, CRR, CSR, Official Court
11  Reporter in and for the United States District Court,
12  Northern District of New York, do hereby certify that I
13  listened to the electronically-recorded hearing set forth in
14  the heading hereof; that I did make a stenographic record of
15  the recording and caused the same to be transcribed; that
16  the foregoing is a true and correct transcript of the same
17  and whole thereof.
18
19
20
21
22        _____
            THERESA J. CASAL, RPR, CRR, CSR
23
            USDC Court Reporter - NDNY
24
25  DATED: August 8, 2012
```

THERESA J. CASAL, RPR, CRR
UNITED STATES DISTRICT COURT - NDNY