UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BAYRAM SAHIN, | **Criminal Docket No.: 99-CR-530** |
| Petitioner, | **Civil Docket No.:** 8:13-CV-0358 (GLS/RFT) |
| -vs- | |
| UNITED STATES OF AMERICA, | **PETITION FOR WRIT OF ERROR CORAM NOBIS** |
| Respondent. | |

### Certificate of Service

I, Raymond Lahoud, Esquire, certify under all penalties that I have served the Petition for a Writ of Error Coram Nobis and its Exhibits upon the following by United States Post, prepaid, Certified Mail, Return Receipt Requested on the date set forth below:

Office of the United States Attorney
Northern District of New York
Post Office Box 7198
Syracuse, NY 13261-7198

Respectfully Submitted:

**BAURKOT & BAURKOT**

Dated: March 30, 2013

_____
Raymond Lahoud, Esquire
227 South Seventh Street
Post Office Box 801
Easton, PA  18044-0801
P:      484-544-0022
F:      610-810-1878
E:      rgl@bmblawyers.com

*Attorneys for Petitioner*